GREEN MOUNTAIN MUTUAL FIRE INSURANCE CO. *v.*
CLAUDE VAN DYKE.

January Term, 1933.

Present: POWERS, C. J., SLACK, MOULTON, THOMPSON, and GRAHAM, JJ.

Opinion filed May 2, 1933.

*Harry B. Amey* and *Searles & Graves* for the defendant.

*Theriault & Hunt* for the plaintiff.

POWERS, C. J.  This is a suit to recover what this plaintiff paid to the defendant on account of the Paradis fire involved in *Vermont Mutual Fire Ins. Co.* v. *Van Dyke, ante,* 105 Vt. 257, 165 Atl. 906.  The cases were heard together, and since the questions of law and fact in this case are the same as in that one, the result must be the same.

*Judgment reversed, and judgment for the defendant to recover his costs.*